

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

IN THE MATTER OF: § No. 08-14-00144-CV

E. O. E. § Appeal from the

A JUVENILE § 65th Judicial District Court

§ of El Paso County, Texas

Appellant. § (TC#1000902)

§

# **O R D E R**

The Court GRANTS the Appellee's, third motion for extension of time within which to file the brief until **March 18, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jo Anne Bernal, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before March 18, 2015.

IT IS SO ORDERED this 18th day of February, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ